THE NEEDHAM PIANO AND ORGAN Co., Respondent, *v.* JOSEPH-INE POWELL, Appellant.

APPEAL from a judgment in favor of the plaintiff, rendered in the Municipal Court of the city of New York, third district, borough of Manhattan.

Le Roy M. Young, for appellant.

Morris Putnam Stevens, for respondent.

*Per Curiam.* This appeal was taken on the authority of Semmer Glass Co. v. Nassau Show Case Co., 28 Misc. Rep. 577, but the order in that case has since been reversed by the Appellate Division. Semmer Glass Co. v. Nassau Show Case Co., 46 App. Div. 98. That decision is controlling and calls for an affirmance of this judgment.

Judgment affirmed, with costs to the respondent.

Present: FREEDMAN, P. J.; MacLEAN and LEVENTRITT, JJ.

Judgment affirmed, with costs.